# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TERRANCE EDWARDS,

        Petitioner,

v.

MICHAEL THURMER, Warden,
TERALYN SELL, Crisis Worker,
CAPT. O'DONOVAN, GARY ANKARLO,
Psychologist, Ph.D, JAMES DREER,
Director of Bureau of Health Services,
C. GRISDALE, Psychologist, Ph.D,
RICK RAEMISCH, Secretary of the Wisconsin
Department of Corrections,
CITY OF WAUPUN - "MAYOR", and
DODGE COUNTY BOARD OF SUPERVISORS,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-388-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents with prejudice.

**JOEL TURNER**
_____
**Joel Turner, Acting Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

_____9/24/08_____
**Date**